LAW OFFICES
# BENNETT M. EPSTEIN
100 LAFAYETTE STREET
NEW YORK, N.Y. 10013
(212) 684-1230

TELECOPIER (212) 571-5507

via ECF

September 16, 2013

Hon. Sterling Johnson, Jr.
United States District Judge
Eastern District of New York
U.S. Courthouse
225 Cadman Plaza East
Brooklyn, NY 11021

Re: <u>United States v. Priester</u>
11 Cr. 535 (SJ)

Dear Judge Johnson:

      I represent the above-named defendant. Mr. Priester is free on bail and attends work every day. This is a request, with the consent of the Government as per AUSA Tanisha Payne, to adjourn the sentencing of my client, presently scheduled for Wednesday September 18, to either Wednesday October 23 or any date later that week or the following week amenable to the Court. Previous adjournments have been sought by the Government, and this is the defendants only and final request. The reason for the adjournment is to permit out of town family members to attend the sentencing; I am also awaiting work documents and reports in aid of sentencing, and need the extra time to permit me to file appropriate pre-sentence submissions.

      If this request meets with the Court's approval, kindly "So Order" this letter or have Chambers contact me if there are any questions or instructions.

Very truly yours,

/Bennett M. Epstein

cc. Tanisha Payne, Esq. (via email)